■ LEATRICE POMERANTZ, as Administratrix of the Estate of ETHEL ROSEN, Deceased, Appellant, v CLEARVIEW GARDENS FIRST THROUGH SIXTH CORPORATIONS, Respondent.—Appeal by plaintiff from an order of the Supreme Court, Queens County, dated January 11, 1980, which granted defendant's motion for summary judgment and dismissed plaintiff's complaint. Order affirmed, with $50 costs and disbursements. Plaintiff, the owner of a co-operative apartment, agreed to pay defendant, a co-operative corporation, 60% of the price at which she sold her stock, in consideration of defendant's waiver of its option to purchase said stock. The stock was sold for $12,000. Plaintiff now contends that that agreement violated the common-law rule against restraints upon alienation and was unconscionable. The rule against restraints upon alienation applies to estates in fee (see *Wiesenthal v Young,* 280 App Div 590) and does not apply to the shares in this co-operative corporation (see *McCorkle Coop. Apts. v Gross,* 54 AD2d 753, affd 43 NY2d 765; see, also, *Allen v Biltmore Tissue Corp.,* 2 NY2d 534). Nor has plaintiff pointed to any facts which would render the agreement unconscionable. Therefore, Special Term properly granted defendant's mo-

tion for summary judgment. Damiani, J. P., Gibbons, Margett and Martuscello, JJ., concur.